IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RODNEY T. PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0789 |
| | ) | Judge Trauger |
| MEDICAL DEPARTMENT, *et al.*, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On June 5, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 48), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the Motion to Dismiss filed by the defendants (Docket No. 10) is **GRANTED**, and this case is **DISMISSED** as to all defendants **WITH PREJUDICE**.

It is so **ORDERED.**

Enter this 6th day of July 2012.

_____
ALETA A. TRAUGER
United States District Judge